**WIN–TEX PRODUCTS, INC., Plaintiff,**

v.

**UNITED STATES of America, Defendant,**

and

**The Milliken Company, Defendant–Intervenor.**

Court No. 92–04–00302.
Slip Op. 94–62.

United States Court of
International Trade.

April 14, 1994.

***ORDER***

BERNARD NEWMAN, Senior Judge.

Upon consideration of defendant's cross motion for vacatur, and plaintiff's and defendant-intervenor's responses, it is hereby

ORDERED that defendant's cross motion for vacatur is granted; and it is further

ORDERED that the opinion and order entitled *Win–Tex Products, Inc. v. United States,* 829 F.Supp. 1343 (CIT 1993) is vacated.

■

**CRESWELL TRADING COMPANY, INC.,
South Bay Foundry 1989, D & L Supply
Co., Southern Star, Inc., City Pipe &
Foundry, Inc., Capitol Foundry of Virginia, Inc., Virginia Precast Corp. and
Techsales, Inc., Plaintiffs,**

**Crescent Foundry Co. P. Ltd., et
al., Plaintiff–Intervenors,**

v.

**UNITED STATES, Defendant,**

**Allegheny Foundry Co., et al.,
Defendant–Intervenors.**

Court No. 91–01–00012.
Slip Op. 94–65.

United States Court of
International Trade.

April 25, 1994.

***ORDER***

DiCARLO, Chief Judge.

In conformity with the order and opinion of the United States Court of Appeals for the Federal Circuit, 15 F.3d 1054, it is hereby

ORDERED that this action is remanded to the United States Department of Commerce, International Trade Administration for further proceedings in conformity with the order and opinion of the United States Court of Appeals for the Federal Circuit; and it is further

ORDERED that Commerce shall file its remand results with the court within 45 days of the date of this order; and it is further

ORDERED that any party contesting the remand results shall file comments with the court within 30 days of the remand results.